JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| JULIAN CAMILO SUA-FUENTES, Petitioner, v. FERETI SEMAIA, et al., Respondents. | No. 5:26-cv-06397-BFM **JUDGMENT** |

On November 5, 2026, the Court issued an order granting the petition and ordered Petitioner Julian Camilo Sua-Fuentes (A# 246-317-108) immediately released on the conditions previously imposed. (ECF 7 at 5.) Respondents report that Petitioner has been released from Respondents' custody. (ECF 8.) Accordingly, pursuant to the Order Granting Petition, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Petition (ECF 1) is granted. The Clerk of Court is directed to close this case.

DATED: 11/10/2026

HON. BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE